UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven A. Carr, Individually
and as Trustee of the Carr Trust,

Plaintiff,

v.

State Farm Fire and Casualty
Company,

Defendant.

Case No. 17-cv-04665 (JRT/LIB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

All issues in the above–captioned action having been fully and finally compromised and settled,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the said action, in its entirety, may be dismissed, **WITH PREJUDICE**, upon the merits and without costs, disbursements, or attorney's fees to any party.

**SMITH JADIN JOHNSON, PLLC**

Dated: November 15, 2018

s/Bradley K. Hammond
Alexander M. Jadin (#0387219)
Bradley K. Hammond (#0391611)
Attorneys for Plaintiff
7900 Xerxes Avenue S, Suite 2020
Bloomington, MN 55431
(952) 657-7422
ajadin@sjjlawfirm.com
bhammond@sjjlawfirm.com

**HKM, P.A.**

Dated: November 15, 2018

s/Scott G. Williams
Scott G. Williams, #349410
Kari L. Gunderman, #0317299
Attorneys for Defendant
30 East Seventh Street, Suite 3200
Saint Paul, MN 55101–4919
(651) 227–9411
swilliams@hkmlawgroup.com
kgunderman@hkmlawgroup.com